# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2015

151200

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re ALI-MALIKI/ALEXANDER/
AL-DHEFERY, Minors.

SC: 151200
COA: 321420
Wayne CC Family Division:
01-402578-NA

_____/

On order of the Court, the application for leave to appeal the February 19, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2015



Clerk

p0421